| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FINAL FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Brown, Joe | 2. Court or Organization<br><br>Middle District TN | 3. Date of Report<br><br>3/7/2020 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (Recall Full) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☐ Annual ☑ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2019<br>**to**<br>3/2/2020 |
| 7. Chambers or Office Address<br><br>Room 783 U.S. Courthouse<br>801 Broadway<br>Nashville, TN 37203 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Co-Trustee . Assets listed Part VII line 226 | Y P Trust. Trust for Family Cemetary Taylorsville KY |
| 2. Custodian Assets listed Part VII line 144 | Uniform Gift to Minors, ▨ |
| 3. Custodian Assets listed Part VII line 144 | Education trust ▨ |
| 4. Custodian Assets listed Part VII line 144 | Education Trust ▨ |
| 5. Custodian Assets listed Part VII line 144 | Education trust ▨ |
| 6. Custodian Assets listed Part VII line 144 | Education trust ▨ |
| 7. Custodian Assets listed Part VII line 144 | Education trust ▨ |
| 8. Custodian Assets listed Part VII line 144 | Education trust ▨ |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 3/7/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 5/5/19 | Nashville Schoold ol law IRA | $260.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. EDI Conference | 9/26-27/2019 | Detroit MI | education seminar Panel on EDI | 600 Travel and room and meals |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brown, Joe** | 3/7/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brown, Joe** | 3/7/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Abbott Labatories (ABT) | A | Dividend | J | T | Buy | 06/20/19 | J | | |
| 2. | | | | | Sold<br>(part) | 08/16/19 | J | | |
| 3. Abbvie Inc (ABBV) | A | Dividend | | | Sold | 06/20/19 | J | A | a |
| 4. Adobe Inc (ADBE) | A | Dividend | J | T | Buy<br>(add'l) | 06/21/19 | J | | |
| 5. Alaska Air Group (ALK) | A | Dividend | | | Sold | 06/20/19 | J | | all sold |
| 6. Alexion Pharm (ALXN) | A | Dividend | J | T | Buy | 06/18/19 | J | | |
| 7. Allergan PLC comm (AGN) | A | Dividend | | | Sold | 12/20/19 | J | A | all sold gain |
| 8. Allstate Corp (ALL) | A | Dividend | J | T | Buy | 06/24/19 | J | | |
| 9. | | | | | Buy<br>(add'l) | 11/08/19 | J | | |
| 10. Alphabet Inc Class A (GOOGL) | A | Dividend | J | T | Buy<br>(add'l) | 06/21/19 | J | | |
| 11. | | | | | Buy<br>(add'l) | 11/08/19 | J | | |
| 12. | | | | | Sold<br>(part) | 12/16/19 | J | A | |
| 13. Altria Group inc (MO) | A | Dividend | | | Sold | 05/15/19 | J | | all sold at loss |
| 14. Amazon (AMZN) | A | Dividend | J | T | Buy<br>(add'l) | 06/19/19 | J | | |
| 15. Ameren Corp (AEE) | A | Dividend | J | T | Buy | 06/18/19 | J | | |
| 16. American Beacon INTL Equity (ABEYX) | A | Dividend | K | T | Sold<br>(part) | 06/11/19 | J | | Part sold at loss |
| 17. | | | | | Buy<br>(add'l) | 12/20/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 3/7/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | American Beacon MNCD Futures (AHLIX) | A | Dividend | K | T | Buy (add'l) | 12/13/19 | J | | |
| 19. | | | | | | Sold (part) | 12/13/19 | J | A | |
| 20. | American Capitol World Grth (CWGIX) | A | Dividend | J | T | | | | | |
| 21. | American Elect Power (AEP) | A | Dividend | J | T | Buy | 06/18/19 | J | | |
| 22. | American Express (APX) X | A | Dividend | L | T | | | | | |
| 23. | American Tower Corp (AMT) | A | Dividend | J | T | Buy | 06/18/19 | J | | |
| 24. | Analog Devices Inc | A | Dividend | | | Buy | 02/14/19 | J | | |
| 25. | | | | | | Sold | 06/21/19 | J | A | |
| 26. | Applied Materials (AMAT) | A | Dividend | | | Buy | 04/02/19 | J | | |
| 27. | | | | | | Sold | 06/21/19 | J | A | all sold |
| 28. | Apple (AAPL) | A | Dividend | L | T | Sold (part) | 06/21/19 | J | A | |
| 29. | AQR Small Cap (QSERX) | A | Dividend | K | T | Buy (add'l) | 12/13/19 | J | | |
| 30. | | | | | | Sold (part) | 12/13/19 | J | | Part sold loss |
| 31. | AQR Style Premia Alt FD Cl 6 (QSPRX) | A | Dividend | K | T | | | | | |
| 32. | AT&T Common USD1 (T) | A | Dividend | | | Sold | 06/19/19 | J | | all sold loss |
| 33. | Baird Core Plus Bond institutional (BCOIX) | A | Interest | J | T | Buy (add'l) | 06/11/19 | K | | a |
| 34. | | | | | | Buy (add'l) | 01/22/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brown, Joe** | 3/7/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bank New York Mellon Corp (BK) | A | Dividend | | | Sold | 06/20/19 | J | | all sold loss |
| 36. Bank Of America (BAC) | A | Dividend | J | T | | | | | |
| 37. Barrick Gold Corp (GOLD) | A | Dividend | J | T | Buy | 06/19/19 | J | | |
| 38. Baxter International (BAX) | A | Dividend | J | T | Buy | 06/20/19 | J | | |
| 39. Biomarin Pharmacettical (BMRN) | A | Dividend | J | T | Buy | 06/18/19 | J | | |
| 40. Boeing CO (BA) | A | Dividend | | | Sold | 06/20/19 | J | A | all sold |
| 41. Bristol Myers Squibb (BMY) | A | Dividend | J | T | | | | | |
| 42. Broadcom Limited (AVGO) | A | Dividend | J | T | Buy (add'l) | 06/21/19 | J | | |
| 43. Cabot Oil and Gas (COG) | A | Dividend | | | Sold | 06/17/19 | J | | all sold loss |
| 44. Celgene Corp (CELG) | A | Dividend | | | Sold (part) | 02/25/19 | J | | sold at loss |
| 45. | | | | | Sold | 06/20/19 | J | A | all sold |
| 46. Chevron Corp (CVX) | A | Dividend | J | T | Buy | 11/06/19 | J | | |
| 47. Chubb Limited Common (CB) | A | Dividend | | | Sold | 06/20/19 | J | A | all sold |
| 48. Cisco Sys Inc (CSCO) | B | Dividend | J | T | Buy (add'l) | 06/21/19 | J | | |
| 49. Citigroup (C) | A | Dividend | J | T | Buy | 06/24/19 | J | | |
| 50. Cigna (CI) | A | Dividend | J | T | Buy | 07/19/19 | J | | |
| 51. | | | | | Buy (add'l) | 09/27/19 | J | | |

1 Income Gain Codes:     A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 3/7/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Colgate-Palmolive (CL) | A | Dividend | | | Buy | 11/08/19 | J | | |
| 53. | | | | | Sold | 12/20/19 | J | A | |
| 54. Comcast Corp (CMCSA) | A | Dividend | J | T | Buy<br>(add'l) | 12/20/19 | J | | |
| 55. Conocophillips (COP) | A | Dividend | | | Sold<br>(part) | 06/19/19 | J | | lpart sold loss |
| 56. | | | | | Sold | 11/08/19 | J | A | |
| 57. Costco (COST) | A | Dividend | K | T | | | | | |
| 58. CVS Health Corp (CVS) | A | Dividend | | | Buy<br>(add'l) | 03/15/19 | J | | |
| 59. | | | | | Sold | 06/19/19 | J | | all sold loss |
| 60. Cypress Semiconductr (CY) | A | Dividend | J | T | | | | | |
| 61. Deere & Company (DE) | A | Dividend | | | Sold | 06/20/19 | J | A | all sold |
| 62. Delta Air Lines (DAL) | A | Dividend | J | T | Buy | 06/20/19 | J | | |
| 63. | | | | | Sold<br>(part) | 01/13/20 | J | A | |
| 64. Dentsply Sirona Inc (XRAY) | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 65. Discovery Inc (DISCA) | A | Dividend | J | T | Buy | 06/19/19 | J | | |
| 66. Dish Networth (DISH) | A | Dividend | K | T | Buy | 06/21/19 | J | | |
| 67. Disney Walt (DIS) | A | Dividend | J | T | Buy | 06/21/19 | J | | |
| 68. Electronic Arts (EA) | A | Dividend | J | T | Buy | 06/21/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brown, Joe** | 3/7/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Eli Lilly (LLY) | A | Dividend | J | T | Buy | 12/20/19 | J | | |
| 70. EOG Resources ((EOG) | A | Dividend | J | T | | | | | |
| 71. Equity Lifestyle (ELS) | A | Dividend | | | Buy | 06/20/19 | J | | |
| 72. | | | | | Sold | 01/31/20 | J | A | all sold |
| 73. Exelon Corp (EXC) | A | Dividend | | | Sold | 06/18/19 | J | A | all sold |
| 74. Facebook Inc Comnon (FB) | A | Dividend | | | Buy<br>(add'l) | 06/21/19 | J | | |
| 75. | | | | | Sold | 06/19/19 | J | A | all sold |
| 76. Fidelity National Information Services (FIS) | A | Dividend | J | T | Buy | 01/17/19 | K | | |
| 77. Fifth Third Bankcorp (FITB) | A | Dividend | | | Sold | 06/20/19 | J | | all sold loss |
| 78. Gallagher Arthur J & Co (AJG) | A | Dividend | | | Sold | 06/20/19 | J | A | all sold |
| 79. General Motors GM) | A | Dividend | J | T | Buy | 06/19/19 | J | | |
| 80. Gilead Sciences Inc (GILD) | A | Dividend | | | Sold | 06/20/19 | J | | all sold loss |
| 81. Goldman Sacks Small Cap R6 (GICUX) | A | Dividend | K | T | Sold<br>(part) | 06/11/19 | J | | Part sold at loss |
| 82. | | | | | Sold<br>(part) | 12/13/19 | J | | Part sold at loss |
| 83. | | | | | Buy<br>(add'l) | 12/23/19 | J | | |
| 84. Harding Loevner Intl Equity (HLIZX)<br>(HLIZX) | A | Dividend | L | T | Sold<br>(part) | 06/11/19 | L | A | Part sold |
| 85. | | | | | Sold<br>(part) | 12/13/19 | J | B | part sold |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brown, Joe** | 3/7/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Hartford Shroders Emg Mkts (SENMX) now (HHHFX) | A | Dividend | J | T | Buy (add'l) | 06/04/19 | J | | |
| 87. Health Stream Stock (HSTM) | A | Dividend | K | T | | | | | |
| 88. Home Depot (HD) | A | Dividend | J | T | Buy (add'l) | 06/19/19 | J | | |
| 89. Host Hotels and resorts (HST) | A | Dividend | | | Buy | 06/20/19 | J | | |
| 90. | | | | | Sold | 10/25/19 | J | | All sold at loss |
| 91. HP Inc (HPQ) | A | Dividend | | | Sold | 06/19/19 | J | A | allsold |
| 92. Ingersoll-Rand PLC (IR) | A | Dividend | J | T | | | | | |
| 93. Intel Stock (INTC) | B | Dividend | L | T | | | | | |
| 94. Intercontential Exchange (ICE) | A | Dividend | | | Sold | 06/20/19 | J | B | all sold |
| 95. International Bus Mach Co ((IBM) | A | Dividend | J | T | Buy | 06/19/19 | J | | |
| 96. ISHARES Core S&P Small Cap (IJR) | A | Dividend | | | Sold (part) | 06/26/19 | J | | part at loss |
| 97. | | | | | Sold | 12/07/19 | J | | all at loss |
| 98. | | | | | Buy | 01/17/19 | J | | |
| 99. ISHARES Core S&P 500 ETF (IVV) | A | Dividend | J | T | Buy (add'l) | 04/11/19 | J | | |
| 100. | | | | | Sold (part) | 12/02/19 | J | | Paart sold at loss |
| 101. ISHARES TR Barclays (IEF) | A | Dividend | | | Buy | 02/11/19 | J | | |
| 102. | | | | | Sold | 12/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brown, Joe** | 3/7/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 104. ISHARES TR Iboxx | A | Dividend | | | Buy | 01/11/19 | J | | |
| 105. | | | | | Sold | 06/28/19 | J | A | |
| 106. Ishares TR JP Mor (EMB) | A | Dividend | | | Buy | 06/28/19 | J | | |
| 107. | | | | | Sold | 01/08/20 | J | A | all sold |
| 108. Ishares Trust Core MSCI (IEFA) | A | Dividend | J | T | Buy<br>(add'l) | 12/05/19 | J | | |
| 109. | | | | | Sold<br>(part) | 01/11/19 | J | A | |
| 110. Johnson & Johnson (JNJ) | A | Dividend | J | T | | | | | |
| 111. JPMORGAN (JPM) | A | Dividend | J | T | | | | | |
| 112. Kansas City Southern Com (KSU) | A | Dividend | | | Sold | 06/20/19 | J | | all sold loss |
| 113. Keycorp New (KEY) | A | Dividend | J | T | Buy<br>(add'l) | 10/25/19 | J | | |
| 114. | | | | | Sold<br>(part) | 06/24/19 | J | | |
| 115. Kimberly Clark Corp (KMB) | A | Dividend | J | T | Buy | 06/17/19 | J | | |
| 116. Las Vegas Sands Corp (LVS) | A | Dividend | | | Sold | 06/17/19 | J | | all sold loss |
| 117. Lazard Emerging Markets (EMBIX) | A | Dividend | | | Sold | 06/04/19 | J | A | all sold |
| 118. Lincoln Naational Corp (LNC) | A | Dividend | J | T | Buy | 10/23/19 | J | | |
| 119. Lockheed Martin Corp (LMT) | A | Dividend | | | Sold | 06/20/19 | J | A | all sold |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brown, Joe** | 3/7/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. L3Harris Techonologies (LHX) | A | Dividend | J | T | Buy | 06/20/19 | J | | |
| 121. Magna Intl Inc (MGA) | A | Dividend | | | Sold | 06/17/19 | J | | all sold loss |
| 122. Masco Corp (MAS) | A | Dividend | J | T | Buy | 06/20/19 | J | | |
| 123. Mastercard Inc (MA) | A | Dividend | J | T | Buy | 06/21/19 | J | | |
| 124. McDonalds Corp (MCD) | A | Dividend | | | Sold | 06/19/19 | J | A | all sold |
| 125. Medical PPTYS TR (MPW) | A | Dividend | J | T | Buy | 10/23/19 | J | | |
| 126. Medtronics PLC (MDT) | A | Dividend | J | T | Buy<br>(add'l) | 08/16/19 | J | | |
| 127. | | | | | Sold<br>(part) | 06/20/19 | J | A | |
| 128. Merck & Company (MRK) | A | Dividend | | | Sold | 06/18/19 | J | A | all sold |
| 129. MGM Resorts International (MGM) | A | Dividend | J | T | | | | | |
| 130. Microsoft Stock (MSFT) | B | Dividend | M | T | | | | | |
| 131. Mondelez Inter Inc (MDLZ) | A | Dividend | J | T | Buy<br>(add'l) | 06/19/19 | J | | |
| 132. Morgan Stanley (MS) | A | Dividend | | | Sold | 06/19/19 | J | B | allsold |
| 133. Nashville School of Law IRA Unit<br>Investment Trusts | A | Dividend | J | T | | | | | |
| 134. Netflix Com (NFLX) | A | Dividend | | | Sold | 06/19/19 | J | A | all sold |
| 135. Nextra Energy Inc (NEE) | A | Dividend | | | Sold | 06/18/19 | J | A | all sold |
| 136. Nike Class B (NIKE) | A | Dividend | | | Sold | 06/17/19 | J | A | all sold |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 3/7/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Norfolk Southern Corp (NSC) | A | Dividend | J | T | Buy | 06/20/19 | J | | |
| 138. Northrop Grumman Corp (NOC) | A | Dividend | J | T | Buy | 06/24/19 | J | | |
| 139. Nortonlifelock Inc (NLOK) | A | Dividend | J | T | Buy | 12/18/19 | J | | |
| 140. Norwegian Cruise Lines (NCLH) | A | Dividend | | | Sold | 07/17/19 | J | A | |
| 141. Nvidia Corp (NVDA) | A | Dividend | J | T | Buy (add'l) | 06/21/19 | J | | |
| 142. NXP Semiconductors (NXPI) | A | Dividend | J | T | Buy | 06/21/19 | J | | |
| 143. Occidental Peteroleum Co (OXY) | A | Dividend | | | Sold | 06/19/19 | J | | all sold loss |
| 144. OHIO College Advantage 529 plan Black Rock Growth Portfolio (ALL GC) | A | Dividend | O | T | | | | | |
| 145. Oracle Corp Common (ORCL) | A | Dividend | | | Sold | 06/19/19 | J | A | all sold |
| 146. Palo Alto Networks (PANW) | A | Dividend | | | Buy | 06/21/19 | J | | |
| 147. | | | | | Sold | 12/06/19 | J | A | all sold |
| 148. Paypal Holdings (PYPL) | A | Dividend | | | Sold | 06/19/19 | J | A | all sold |
| 149. Pepisco Inc (PEP) | A | Dividend | J | T | Buy (add'l) | 06/19/19 | J | | |
| 150. Pfizer (PFE) | A | Dividend | | | Buy | 05/07/19 | J | | |
| 151. | | | | | Buy (add'l) | 06/20/19 | J | | |
| 152. | | | | | Sold | 07/31/19 | J | | all sold at loss |
| 153. Philip Morris International (PM) | A | Dividend | J | T | Buy | 05/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brown, Joe** | 3/7/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 06/19/19 | J | | |
| 155. Pimco RAE Enweging Markets (PEIFX) | A | Dividend | J | T | Buy | 06/04/19 | J | | |
| 156. Popular Inc (BPOP) | A | Dividend | J | T | Buy | 06/20/19 | J | | |
| 157. PPL Corp (PPL) | A | Dividend | | | Sold | 06/18/19 | J | A | all sold |
| 158. Procter and Gamble (PG) | A | Dividend | | | Buy | 01/02/19 | J | | |
| 159. | | | | | Sold | 06/19/19 | J | A | |
| 160. Prologis Inc ((PLD) | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 161. Prudential Finl (PRU | A | Dividend | | | Buy | 06/24/19 | J | | |
| 162. | | | | | Sold | 10/25/19 | J | | all sold loss |
| 163. Progressive Corp Ohio (PGR) | A | Dividend | | | Sold | 10/23/19 | J | | all sold at loss |
| 164. Qorvo Inc ((QRVO) | A | Dividend | J | T | Buy | 11/06/19 | J | | |
| 165. Raytheon Co Com New (RTN) | A | Dividend | | | Sold | 06/20/19 | J | | all sold loss |
| 166. Republic Services inc (RSG) | A | Dividend | | | Sold | 06/20/19 | J | A | all sold |
| 167. Royal Dutch Shell (RDSA) | A | Dividend | | | Sold | 06/19/19 | J | | all sold loss |
| 168. Salesforce Com (CRM) | A | Dividend | | | Sold | 06/19/19 | J | A | all sold |
| 169. Share Core S&P Small-cap E (IEA) | A | Dividend | J | T | Buy | 01/08/20 | J | | |
| 170. Shire PLC Sponcered ADR (SHPG)(X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brown, Joe** | 3/7/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  SPDR Portfolio Intermediate Bonds (SPIB) | A | Dividend | J | T | Buy | 06/28/19 | J | | |
| 172.  SPDR Short Term Corp Bonds (SPSB) | A | Dividend | J | T | | | | | |
| 173.  Stanley Black & Decker (SWK) | A | Dividend | J | T | Buy | 12/18/19 | J | | |
| 174.  Steel Dynamitica Inc (STDL) | A | Dividend | | | Buy | 06/19/19 | J | | |
| 175. | | | | | Sold | 09/27/19 | J | A | all sold |
| 176.  Spirit Aerosystems Hldgs Inc (SPR)(X) | A | Dividend | | | Sold | 01/31/20 | J | | all sold loss |
| 177.  Suncor Energy Co (SU) | A | Dividend | | | Buy | 6/19/19 | J | | |
| 178. | | | | | Sold | 11/08/19 | J | A | |
| 179.  Tapestry Inc | A | Dividend | | | Buy | 06/19/19 | J | | |
| 180. | | | | | Sold | 08/30/19 | J | | all sold at loss |
| 181.  T Mobile US (TMUS) | A | Dividend | J | T | | | | | |
| 182.  Target Corp (TGT) | A | Dividend | J | T | Buy | 12/04/19 | J | | |
| 183.  TCW Emerging Markets Income (TGEIX) | A | Dividend | J | T | | | | | |
| 184.  Technipfmc PLC (FTI) | A | Dividend | J | T | Buy | 09/11/19 | J | | |
| 185.  Texas Instruments Inc (TXN) | A | Dividend | | | Buy | 06/04/19 | J | | |
| 186. | | | | | Sold | 09/20/19 | J | | all sold at loss |
| 187.  Thermo Fisher Scientific (TMO) | A | Dividend | | | Sold | 06/18/19 | J | B | all sold |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. TJX COS Inc (TJX) (X) | A | Dividend | | | Sold | 06/19/19 | J | A | all sold |
| 189. Tractor Supply (TSCO) | A | Dividend | K | T | | | | | |
| 190. Union Pacific Corp (UNP) | A | Dividend | J | T | Buy | 06/20/19 | J | | |
| 191. United Health Group (UNH) | A | Dividend | | | Sold | 06/20/19 | J | B | all sold |
| 192. United Techonologies Corp (UTX) | A | Dividend | | | Sold | 01/03/19 | J | A | all sold |
| 193. USAA Emerging Markets (UIEMX) | A | Dividend | K | T | Sold<br>(part) | 06/04/19 | J | A | |
| 194. USAA High Income Fund (UIINX) | A | Dividend | J | T | Buy | 06/11/19 | K | | |
| 195. USAA Income Fund Institutional Shares (UIINX) | A | Dividend | J | T | Buy<br>(add'l) | 06/11/19 | J | | |
| 196. USAA Managed Allocation (UMAFX) | A | Int./Div. | J | T | | | | | |
| 197. USAA Money Market (USAXX) (X) | A | Dividend | J | T | | | | | |
| 198. USAA Short Term Bond Fund (UISBX) | A | Int./Div. | J | T | Buy<br>(add'l) | 06/11/19 | J | | |
| 199. | | | | | Buy<br>(add'l) | 12/13/19 | J | | |
| 200. USAA Tax Exempt Intermediate (USATX) | D | Int./Div. | M | T | Buy<br>(add'l) | 06/11/19 | J | | |
| 201. | | | | | Buy<br>(add'l) | 12/13/19 | J | | |
| 202. USAA Tax Exempt Short Term (USSTX) | A | Int./Div. | J | T | | | | | |
| 203. USAA Tax-Exempt Market (USEXX) | A | Int./Div. | J | T | | | | | |
| 204. USAA Bank Checking Accounts | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 3/7/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.   Valero Energy Corp (VLO) | A | Dividend | | | Sold | 09/13/19 | J | | all sold loss |
| 206.   Vanguard Growth and Income (VGIAX) | B | Dividend | L | T | Sold<br>(part) | 06/11/19 | J | A | Part sold |
| 207.   Vertex Pharmaceuticles (VRTX) | A | Dividend | J | T | Buy | 06/18/19 | J | | |
| 208.   Victory Sycamore Established Values<br>(VEVRX) | A | Dividend | K | T | Sold<br>(part) | 06/11/19 | J | A | part sold |
| 209. | | | | | Sold<br>(part) | 12/13/19 | J | B | part sold |
| 210. | | | | | Sold<br>(part) | 01/22/20 | J | A | part sold |
| 211. | | | | | Buy<br>(add'l) | 12/18/19 | J | | |
| 212.   Visa (V) | A | Dividend | | | Sold | 06/19/19 | J | C | |
| 213.   VOYA Intermediate Bonds Class I (IICIX))<br>from (IIWBX) | A | Interest | | | Sold | 06/11/19 | J | A | all sold |
| 214.   Wal Mart Stock (WMT) | C | Dividend | M | T | Donated<br>(part) | | | | |
| 215. | | | | | Sold<br>(part) | 06/19/19 | J | C | |
| 216.   Wells Fargo Stock (WFC) | B | Dividend | K | T | | | | | |
| 217.   Wells Fargo CMA, Checking | A | Interest | J | T | | | | | |
| 218.   Westrock CO ((WRK) | A | Dividend | J | T | | | | | |
| 219.   Wyndham Destinations Inc (WYND) | A | Dividend | | | Sold | 01/10/19 | J | | All sold at loss |
| 220.   Wyndham Hotels & Resorts (WH) | A | Dividend | | | Sold | 06/17/19 | J | | All sold at loss |
| 221.   Xcel Energy Inc (XEL) | A | Dividend | J | T | Buy | 06/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 3/7/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. 1/2 Interest Knox Brown Farms, Taylorsville, KY | E | Rent | O | W | | | | | |
| 223. 1/2 Interest Knox Brown Farms, Laporte, IN | F | Rent | P1 | W | | | | | |
| 224. Fidelity Mutual Life Ins Co. (Whole Life) | A | Interest | J | T | | | | | |
| 225. Mass Mutual Life Insurance Policies (Whole Life) | B | Dividend | M | T | | | | | |
| 226. Peoples Bank Taylorsville Sav Act (Family Cemetary Trust) | A | Interest | J | T | | | | | |
| 227. USAA Bank Account | A | Interest | J | T | | | | | |
| 228. REGIONS Bank, Nashville Checking | A | Interest | K | T | | | | | |
| 229. | | | | | | | | | |
| 230. | | | | | | | | | |
| 231. | | | | | | | | | |
| 232. | | | | | | | | | |
| 233. | | | | | | | | | |
| 234. | | | | | | | | | |
| 235. | | | | | | | | | |
| 236. | | | | | | | | | |
| 237. | | | | | | | | | |
| 238. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 3/7/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | | | | | |
| 240. | | | | | | | | | |
| 241. | | | | | | | | | |
| 242. | | | | | | | | | |
| 243. | | | | | | | | | |
| 244. | | | | | | | | | |
| 245. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brown, Joe** | 3/7/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Line 144  This includes all funds for _____ (GC) as custodial Part I lines 4-10. All shares in Ohio 529 plan and managed by Black Rock.

Line 226 Cemetary trust assets .

 USAA managed stock account has a numbr of investments that hover around 1000 value at the end of the year.  I list them to keep track of them despite  fact they may be plus or minus each year of $1000.value.

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 3/7/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joe Brown**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544